**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JOSHUA COLE,<br><br>         Defendant. | ) Case No.: CR-F-04-5239 AWI<br>)<br>) STIPULATION FOR CONTINUANCE AND<br>) ORDER THEREON<br>)<br>) Date:          09/05/2006<br>) Time:          9:00 a.m.<br>) Dept.:         3<br>)<br>)<br>) |

On August 24, 2006, the parties filed the following stipulation:

   IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that the Sentencing Hearing currently set for September 5, 2006 may be continued to October 2, 2006, a date convenient to counsel if acceptable to the court, with defendant to file objections on or before September 18, 2006.

Dated:   August 18, 2006                    /S/ R. FRANK BUTLER
                                            R. FRANK BUTLER

Dated:   August 18, 2006                    /S/ DAVID L. GAPPA
                                            DAVID L. GAPPA

   The court having considered the Stipulation of the parties and good cause appearing, IT IS ORDERED AS FOLLOWS:  The Sentencing Hearing in the above-entitled matter is continued to October 2, 2006.

IT IS SO ORDERED.

**Dated:   August 25, 2006**              _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE

1