1  R. FRANK BUTLER, #56664
   1327 "N" STREET
2  FRESNO, CA. 93721
   (559) 233-5151
3  Attorney for Joshua Cole

4

5

6
                    **IN THE UNITED STATES DISTRICT COURT**
7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8
                                        ) Case No.: CR-F-04-5239 AWI
9   UNITED STATES OF AMERICA,            )
                                        ) STIPULATION FOR CONTINUANCE
10            Plaintiff,                 ) AND ORDER THEREON
                                        )
11      vs.                              ) Date:       12/18/2006
                                        ) Time:       9:00 a.m.
12  JOSHUA COLE,                         ) Dept.:      3
                                        )
13            Defendant.                 )
                                        )
14  _____

15

16

17  IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that the

18  Sentencing Hearing currently set for December 18, 2006 may be continued to January 29, 2007, a date

19  convenient to counsel if acceptable to the court.

20

21  Dated: December 4, 2006          /S/ R. FRANK BUTLER

22                                   R. FRANK BUTLER

23

24  Dated: December 4, 2006          /S/DAVID L. GAPPA

25                                   DAVID L. GAPPA

26

27

28

The court having considered the Stipulation of the parties and good cause appearing, IT IS ORDERED AS FOLLOWS:

The Sentencing Hearing in the above-entitled matter is continued to January 29, 2007.

IT IS SO ORDERED.

**Dated:    December 5, 2006**                            /s/ Anthony W. Ishii

0m8i78                                                    UNITED STATES DISTRICT JUDGE