R. FRANK BUTLER, #56664
1327"N"STREET
FRESNO, CA. 93721
(559) 233-5151
Attorney for Joshua Cole

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-04-5239 AWI |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE AND ORDER THEREON |
| ) | |
| vs. ) | Date:      05/07/2007 |
| ) | Time:      1:30 p.m. |
| JOSHUA COLE, ) | Dept.:     3 |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that the Sentencing Hearing currently set for May 7, 2007 may be continued to June 11, 2007, a date convenient to counsel if acceptable to the court.

Dated:  April 25, 2007            /S/ R. FRANK BUTLER
                                  R. FRANK BUTLER

Dated:  April 25, 2007            /S/ DAVID L. GAPPA
                                  DAVID L. GAPPA

   The court having considered the Stipulation of the parties and good cause appearing, IT IS ORDERED AS FOLLOWS: The Sentencing Hearing in the above-entitled matter is continued to June 11, 2007.

**IT IS SO ORDERED.**

**Dated:    April 25, 2007**            /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

1