R. FRANK BUTLER, #56664
1327 "N" STREET
FRESNO, CA. 93721
(559) 233-5151
Attorney for Joshua Cole

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR–F-04-5239 AWI |
| Plaintiff, | |
| vs. | STIPULATION FOR CONTINUANCE AND |
| JOSHUA COLE, | ORDER THEREON |
| Defendant. | Date: 06/11/2007 |
| | Time: 1:30 p.m. |
| | Dept.: 3 |

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that the Sentencing Hearing currently set for June 11, 2007 may be continued to July 23, 2007, at 1:30 p.m., a date and time convenient to counsel if acceptable to the court.

Dated:  May 2, 2007                         /S/ R. FRANK BUTLER

                                            R. FRANK BUTLER


Dated:  May 2, 2007                         /S/DAVID L. GAPPA

                                            DAVID L. GAPPA

The court having considered the Stipulation of the parties and good cause appearing, IT

IS ORDERED AS FOLLOWS:   The Sentencing Hearing in the above-entitled matter is

continued to July 23, 2007, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                              **/s/ Anthony W. Ishii**
                                                                             UNITED STATES DISTRICT JUDGE