UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,            )<br>    vs.                              )<br>                                     )<br>JOSHUA XAVIER COLE,                  )<br>                                     )<br>              Defendants.            )<br>_____) | 1:04-cr-5239 AWI<br><br>ORDER FOR RETURN OF<br>PASSPORT |

The above-named defendant having surrendered to the custody of the United States Marshal in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.: 157032997

Receipt No:   100-199999

IT IS SO ORDERED.

Dated:   **January 23, 2008**              **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE